**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____
**THOMAS HARDIE,**

                  **Plaintiff,**                  1:18-cv-470
                                                            (GLS/CFH)

                v.

**CITY OF ALBANY et al.,**

                  **Defendants.**
_____
**APPEARANCES:**                          **OF COUNSEL:**

**FOR PLAINTIFF:**
THOMAS HARDIE
Plaintiff *Pro Se*
18-A-0282
Woodbourne Correctional Facility
99 Prison Road
PO Box 1000
Woodbourne, New York 12788

**Gary L. Sharpe
Senior District Judge**

# ORDER

The above-captioned matter comes to this court following a Report-Recommendation and Order by Magistrate Judge Christian F. Hummel duly filed on November 9, 2018. (Dkt. No. 18.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Report-Recommendation and Order for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 18) is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiff's false arrest and false imprisonment claims are **DISMISSED** without prejudice; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules.

**IT IS SO ORDERED.**

December 11, 2018
Albany, New York

*Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge