**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

————————————————————

THOMAS HARDIE,

                                        Plaintiff,

          v.                                                              No. 1:18-CV-470
                                                                          (GLS/CFH)
CITY OF ALBANY, et al.,

                                        Defendants.

————————————————————

**APPEARANCES:**

Thomas Hardie
18-A-0282
Woodbourne Correctional Facility
99 Prison Road
PO Box 1000
Woodbourne, New York 12788
Plaintiff pro se

The Rehfuss Law Firm, P.C.                    ABIGAIL W. REHFUSS, ESQ.
40 British American Blvd.                      STEPHEN J. REHFUSS, ESQ.
Latham, New York 12110
Attorneys for defendants
City of Albany, Jarrod M. Jourdin,
Raven Symone Dixon, and John Buhner

**CHRISTIAN F. HUMMEL**
**U.S. MAGISTRATE JUDGE**

**ORDER**

     On March 25, 2020, plaintiff filed a motion to compel defendants to respond to

notices to admit.  Dkt. No. 72.  Defendants filed a response to that motion.  Dkt. No. 75.

On April 13, 2020, plaintiff filed a reply.  Dkt. No. 76.

On August 12, 2020, the Court conducted an on-the-record conference with plaintiff and counsel for defendants.  Dkt. No. 90; Text Min. Entry dated Aug. 12, 2020. The transcript of that proceeding is annexed.  Dkt. No. 90.  As directed during that conference and for the reasons stated at that time, which are incorporated herein by reference, it is hereby,

ORDERED that:

Plaintiff's motion to compel is **GRANTED** to the extent that defendants shall provide additional responses to plaintiff's notices to admit as directed by the Court during the August 12, 2020 conference within **twenty-one (21)** days from the date of this Order.

IT IS SO ORDERED.

Dated: August 13, 2020
  Albany, New York


Christian F. Hummel
U.S. Magistrate Judge