**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

THOMAS HARDIE,

                              Plaintiff,

      v.                                                                                        1:18-CV-470

CITY OF ALBANY, et al.,                                                       (GLS/CFH)

                              Defendants.

---

**APPEARANCES:**                                                           **OF COUNSEL:**

Thomas Hardie
18-A-0282
Woodbourne Correctional Facility
99 Prison Road
P.O. Box 1000
Woodbourne, New York 12788
Plaintiff pro se

The Rehfuss Law Firm, P.C.                            STEPHEN J. REHFUSS, ESQ.
40 British American Blvd.                              ABIGAIL W. REHFUSS, ESQ.
Latham, New York 12210
Attorneys for defendants

**ORDER**

      On November 2, 2020, plaintiff filed a motion to compel. Dkt. No. 113. On November 21, 20210, defendant filed a response. Dkt. No. 115. The Court issued a Text Order scheduling a hearing on plaintiff's motion to compel. Dkt. No. 116.

      Plaintiff filed a letter indicating that he had not received a response to his motion to compel. Dkt. No. 118. On December 2, 2020, plaintiff filed a further letter regarding defendant's response to the motion to compel. Dkt. No. 120. Defendants served a further response to the motion to compel. Dkt. No. 121. On December 7, 2020, plaintiff filed a further motion to compel. Dkt. No. 122.

On December 11, 2020, an on-the-record conference was held with plaintiff pro se and defense counsel. As directed during that conference and for the reasons stated at that time, which are incorporated herein by reference, dkt. no. 125, it is hereby **ORDERED**, that:

Plaintiff's motions to compel, dkt. nos. 113, 122, are **GRANTED** to the limited extent that, by January 8, 2021, defendants shall provide plaintiff with copies of the AFDEMS standard procedure/protocol requirements for AFDEMS to document EMS medical treatment and EMS refusal of care by a patient. Plaintiff's motion to compel is otherwise **DENIED**.

**IT IS SO ORDERED**.

Dated: December 16, 2020
Albany, New York

*Christian F. Hummel*
Christian F. Hummel
U.S. Magistrate Judge